UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ABG IMAGES (UK) LTD
TRADING AS ICONIC IMAGES
LIMITED, *et al*,

       Plaintiffs,              Case No. 23-cv-12852
v.                                Hon. Matthew F. Leitman

VELVET BULLDOGS, LLC, *et al.*,

       Defendants.
_____/

## ORDER REQUIRING PLAINTIFF TO SERVE DEFENDANT WITH NOTICE OF HEARING

In this action, Plaintiffs ABG Images (UK) LTD Trading as Iconic Images and Douglas Morley Kirkland allege that Defendants Velvet Bulldogs, LLC and Gerard Marti infringed the copyright of three of Plaintiffs' images. (*See* Compl., ECF No. 1.) Defendants have not appeared in this action, and they have not filed any response to the Complaint. (*See* Dkt.) The Clerk of the Court entered a default against Defendants on January 31, 2024. (*See* Defaults, ECF Nos. 9, 10.)

On June 25, 2024, Plaintiffs filed a motion for a default judgment against both Defendants. (*See* Mot., ECF No. 11.) The Court has now issued a Notice of Hearing setting Plaintiffs' motion for a Microsoft Teams electronic hearing on **Monday, August 19, 2024, at 2:00 p.m.**

1

By no later than **July 31, 2024**, Plaintiffs shall serve each Defendant with (1) the Notice of Hearing, (2) this order, and (3) a proposed default judgment. In addition, by no later than **July 31, 2024**, Plaintiffs shall file a Certificate of Service on the docket confirming that they have served each Defendant with these documents. Finally, by no later than **August 12, 2024**, Plaintiffs shall submit a proposed default judgment to the Court through the Utilities function of CM/ECF.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: July 17, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 17, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126