UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| ABG IMAGES (UK) LTD TRADING AS ICONIC IMAGES LIMITED and DOUGLAS MORLEY KIRKLAND<br><br>Plaintiffs,<br><br>v.<br><br>VELVET BULLDOG, LLC dba ROBERT KIDD GALLERY and GERARD MARTI,<br><br>Defendants. | Case No. 23-cv-12852<br>Hon. Matthew F. Leitman |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT FINAL JUDGMENT OF DAMAGES AGAINST DEFENDANTS**

This matter came before the Court upon Plaintiff's Motion for Entry of Default Final Judgment for Damages against Defendants VELVET BULLDOG, LLC dba ROBERT KIDD GALLERY and GERARD MARTI.

The Court, having reviewed the pleadings, Plaintiffs' Motion, the Declarations in Support, and being fully advised in the premises, and for good cause shown, hereby **GRANTS** the Motion and determines that Plaintiffs, ABG IMAGES (UK) LTD TRADING AS ICONIC IMAGES LIMITED and DOUGLAS MORLEY KIRKLAND, shall recover damages from Defendants, VELVET BULLDOG, LLC dba ROBERT KIDD GALLERY and GERARD MARTI, ***joint and severally***, in the following amounts:

1

A. **Copyright Infringement**:

1. For statutory damages for copyright infringement of three (3) woks in the amount of **$180,000.00, as follows**

    i. an award of **$120,000 to Kirkland** for two (2) Works, identified as the Monroe Photograph and Bardot Photograph in the Record, and,

    ii. an award of **$60,000 to Iconic Images** for one (1) Work, identified as the Smoking Bardot Photograph in the Record.

B. **Attorney's Fees and Costs**

1. For reasonable attorney's fees: **$6,683.00;**
2. For costs: **$592.00**.

TOTAL RECOVERY FOR PLAINTIFFS: **$187,275.00**.

POST JUDGMENT INTEREST, at the annual percentage rate calculated pursuant to 28 U.S.C. § 1961, IS PAYABLE on all the above amounts allowable by law from the date this judgment is entered until the date this judgment is paid.

### PERMANENT INJUNCTION

Defendants VELVET BULLDOG, LLC dba ROBERT KIDD GALLERY and GERARD MARTI, their officers, agents, servants, employees and attorneys, and all persons in active concert or participation with any one or more of them, who receive

actual notice by personal service or otherwise ARE HEREBY PERMANENTLY RESTRAINED AND ENJOINED from:

(a) directly or indirectly infringing Plaintiff's copyrights or continuing to market, offer, sell, dispose of, license, lease, transfer, publicly display, advertise, reproduce, develop, or manufacture any works derived or copied from any of Plaintiff's copyrighted photographs or to participate or assist in any such activity; and/or

(b) directly or indirectly reproducing, displaying, distributing, otherwise using, or retaining any copy, whether in physical or electronic form, of any copyrighted photographs of Plaintiff.

The Court orders execution to issue for this judgment.

The Court denies all relief not granted in this judgment.

This is a FINAL JUDGMENT.

**IT IS SO ORDERED**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: September 10, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 10, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126